In the Matter of the Application of ROBERT GAIR, JR., and Others, Appellants, for a Peremptory Mandamus Order against OLDETYME DISTILLERS CORPORATION, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RICHARD LEDERER, Appellant, v. GEORGE MAILLARD KESSLERE, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

NETTIE S. STOEVE, Respondent, v. RUBY SCHINASI and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HENRY HERDLING, as Executor, etc., of EMMA HERDLING, Deceased, Appellant, against THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order entered on or about November 8, 1934, reversed, with twenty dollars costs and disbursements, and motion for a peremptory mandamus granted. Appeal from order entered December 11, 1934, dismissed. (See *Matter of Brown* v. *Teachers' Retirement Board*, 239 App. Div. 178; affd., 264 N. Y. 493.) Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SOL BOOKSTEIN and Another, Respondents, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew at Special Term on proper papers. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FAIRFAX PARTITION & CONSTRUCTION CO., INC., Appellant, v. PENN METAL COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SAMUEL ALTMAN, Respondent, v. FRANK J. BELTRAMO, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FRITZ B. TALBOT and Others, Respondents, v. SEGAL LOCK & HARDWARE Co., INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN C. TEMPLE, Appellant, v. DAZIAN's, INC., Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY SIERP, Respondent, v. F. H. T. HOLDING CORPORATION and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.